JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rick Chaidez,<br><br>           Plaintiff,<br><br>     vs.<br><br>Progressive Choice<br>Insurance Company and Does<br>1-50,<br><br>           Defendants. | CV 12-03753 RSWL (CFEx)<br><br>**JUDGMENT** |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendant Progressive Choice Insurance Company ("Defendant") and against Plaintiff Rich Chaidez.

///

///

1

1 | Defendant shall recover the costs of suit, in
2 | accord with Federal Rule of Civil Procedure 54(d).
3 |
4 | **IT IS SO ORDERED.**
5 | DATED: May 9, 2013.

RONALD S.W. LEW
**HONORABLE RONALD S.W. LEW**
U.S. District Court Judge