JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rick Chaidez, | ) CV 12-03753 RSWL (CFEx) |
| Plaintiff, | ) |
| vs. | ) **JUDGMENT** |
| Progressive Choice Insurance Company and Does 1-50, | ) |
| Defendants. | ) |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendant Progressive Choice Insurance Company ("Defendant") and against Plaintiff Rich Chaidez.

///

///

1

1 | Defendant shall recover the costs of suit, in accord with Federal Rule of Civil Procedure 54(d).

**IT IS SO ORDERED.**

DATED: May 9, 2013.

                              RONALD S.W. LEW
                              **HONORABLE RONALD S.W. LEW**
                              U.S. District Court Judge